UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard C. GAMACHE,<br><br>             Petitioner,<br><br>     v.<br><br>Kevin CHAPPELL,<br>Warden of San Quentin State Prison,<br><br>             Respondent. | Case Number 3-13-mc-_____-CRB<br><br>DEATH-PENALTY CASE<br><br>ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

CV 13 80 031 MISC

Petitioner was convicted and sentenced to death in San Bernadino Superior Court. *People v. Gamache*, 227 P.3d 342, 342 (Cal. 2010); *see also Gamache v. California*, 131 S. Ct. 591 (2010) (statement of Sotomayor, J.). This capital habeas action therefore should be heard in the Central District of California. N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. L.R. 83-17.5(a). Accordingly, this action is hereby transferred to the District Court for the Central District of California. "The Clerk immediately shall advise the Clerk of Court" of the Central District. N.D. Cal. Habeas L.R. 2254-22(c).

It is so ordered.

DATED: February 21, 2013

CHARLES R. BREYER
United States District Judge

Case No. 3-13-mc-_____-CRB
ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
(DPSAGOK)